```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JULIE A. SU, Acting Secretary of Labor, United States              :
Department of Labor,                                               :
                                                                   :
                              Petitioner,                          :   24-mc-267 (LJL)
                                                                   :
             -v-                                                   :        ORDER
                                                                   :
LAURENCE A. PAGNONI & ASSOCIATES, INC.,                            :
                                                                   :
                              Respondent.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     Respondent is hereby ORDERED to show cause at a conference to be held on July 16, 2024 at 11:00 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007 why the Court should not grant the petition to enforce the administrative subpoenas duces tecum.  Dkt. No. 1.

     Petitioner is ORDERED to serve a copy of this Order, the petition, and the supporting documents filed therewith on Respondent on or before July 8, 2024.  If Respondent opposes the petition, Respondent shall file an opposition on or before July 12, 2024.

     SO ORDERED.

Dated: June 21, 2024
       New York, New York

                                          LEWIS J. LIMAN
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2024