UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JULIE A. SU, Acting Secretary of Labor,          :
United States Department of Labor,

                                                            :

                        Petitioner,

                                                            :

      v.

                                                :     Case: 1:24-mc-00267-LJL

LAURENCE A. PAGNONI
& ASSOCIATES, INC.
                       Respondent.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

Pursuant to the authority granted by section § 504(a) of the Employee Retirement Income Security Act of 1974 (29 U.S.C. § 1134(a), ("hereinafter referred to as "ERISA,") Petitioner JULIE A. SU, Acting Secretary of Labor, United States Department of Labor ("the Secretary"), having invoked the aid of this Court in requiring the production of certain documents by the Respondent Laurence A Pagnoni & Associates, Inc. as demanded by the Secretary's two (2) Administrative Subpoena *Duces Tecum* which were served upon the Respondent's 401(k) Plan on January 29, 2024 and to its Group Health Plan on February 6, 2024. The subpoenas were issued in connection with investigations being conducted by its authorized representatives of the Employee Benefits Security Administration ("EBSA").

And this Court having considered the Verified Petition to Compel Respondent to Produce Documents pursuant to an Administrative Subpoena *Duces Tecum* and exhibits filed therein, and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that Respondent LAURENCE A. PAGNONI &

ASSOCIATES, INC., begin producing documents responsive to the Secretary's two Subpoenas

Duces Tecum, by no later than July 30, 2024, and complete the production of all responsive

documents by no later than August 19, 2024.

_____

LEWIS J. LIMAN
United Staes District Judge

DATED:    July 16, 2024
          _____
          New York, New York