```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
JULIE A. SU, Acting Secretary of Labor, United States          :
Department of Labor,                                           :
                                                               :
                             Plaintiff,                        :     24-mc-267 (LJL)
                                                               :
                -v-                                            :         ORDER
                                                               :
LAURENCE A. PAGNONI & ASSOCIATES, INC.,                        :
                                                               :
                             Defendant.                        :
                                                               X
---------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

     Plaintiff is ORDERED to serve Defendant by December 20, 2024, with the motion at Dkt. No. 13 and with a copy of this Order, which memorializes the text-only order at Dkt. No. 14.

     Defendant's opposition to the motion at Dkt. No. 13 shall be due by December 30, 2024. Plaintiff's reply shall be due by January 6, 2025.

     SO ORDERED.

Dated: December 17, 2024  
       New York, New York

                                                              LEWIS J. LIMAN  
                                                United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: __12/17/24__